THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAFAEL LOPEZ | § |
| | § |
|     Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 4:20-cv-2980 |
| | § |
| DORADO WATERPROOFING, L.L.C, | § |
| AND LUIS ANGEL MONTENEGRO, | § |
| INDIVIDUALLY, | § |
| | § |
|     Defendants. | § |

<u>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE RULE 26 CONFERENCE</u>

The Unopposed Motion to Continue Rule 26 Conference (the "Motion") filed by Plaintiff Rafael Lopez (the "Plaintiff") is granted and the conference scheduled for December 11, 2020, AT 1:30 p.m. is rescheduled for _____, 2021 at _____ _.m.

SIGNED: _____, 2020      _____
                                          VANESSA D. GILMORE
                                          U.S. DISTRICT JUDGE