United States District Court
Southern District of Texas
**ENTERED**
November 10, 2020
David J. Bradley, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAFAEL LOPEZ § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:20-cv-2980 |
| § | |
| DORADO WATERPROOFING, L.L.C, § | |
| AND LUIS ANGEL MONTENEGRO, § | |
| INDIVIDUALLY, § | |
| § | |
| Defendants. § | |

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE RULE 26 CONFERENCE

The Unopposed Motion to Continue Rule 26 Conference (the "Motion") filed by Plaintiff Rafael Lopez (the "Plaintiff") is granted and the conference scheduled for December 11, 2020, AT 1:30 p.m. is rescheduled for    February 19   , 2021 at   1:30   p.m.

SIGNED:  November 9 , 2020

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**