United States District Court
Southern District of Texas
**ENTERED**
February 18, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAFAEL LOPEZ, § § Plaintiff, § VS. § DORADO WATERPROOFING, LLC, *et al*, § § § Defendants. | CIVIL ACTION NO. 4:20-CV-2980 |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that an amicable settlement has been reached in this action, it is

**ORDERED AND ADJUDGED** that, pursuant to Fed. R. Civ. P. 41(a), this cause is hereby **DISMISSED** on the merits without prejudice to the right of counsel to move for reinstatement of this action within thirty (30) days if settlement is not consummated.

**FURTHERMORE**, the Court shall retain jurisdiction to enforce the settlement agreement in its discretion upon an appropriate motion made within thirty (30) days of this Order. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82, 114 S. Ct. 1673, 1677 (1994); *Bell v. Schexnayder*, 36 F.3d 447, 448-50 (5th Cir. 1994).

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED at Houston, Texas, this 17th day of February, 2021.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE